53 So.2d 887

**Jeff DEAR v. CITY OF BIRMINGHAM.**

6 Div. 292.

Supreme Court of Alabama.

June 14, 1951.

Geo. E. Trawick, Birimingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

SIMPSON, Justice.

Petition of Jeff Dear for certiorari to Court of Appeals to review and revise the

694

judgment and decision of that Court in the case of Dear v. City of Birmingham, 53 So.2d 892.

Writ denied.

LIVINGSTON, C. J., and BROWN and FOSTER, JJ., concur.